# S E A L E D

Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-6261 (Fax)

```
                              FILED          RECEIVED
                              ENTERED        SERVED ON
                                      COUNSEL/PARTIES OF RECORD

                                    JUL 17 2017

                                  CLERK US DISTRICT COURT
                                    DISTRICT OF NEVADA
                              BY:_____DEPUTY
```

RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_Kirtley@fd.org

Attorney for Marco Antonio Reyes

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00076-LDG-CWH |
|  | Case No. 2:17-cr-215-JAD-NJK |
| Plaintiff, | (magistrate case 2:16-mj-828-VCF) |
| v. | **STIPULATION TO CONSOLIDATE CASES** |
| MARCO ANTONIO REYES, | |
| Defendant. | (First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Marco Antonio Reyes, jointly move the Court to consolidate the above captioned cases under a single case number, preferably 2:17-cr-215-JAD-NJK.

This Stipulation to Consolidate is entered into for the following reasons:

1. On December 20, 2016, Mr. Reyes made his initial appearance on a revocation of supervised release petition in Case No. 2:12-cr-00076-LDG-CWH. In addition to the revocation of supervised release petition, Mr. Reyes has a pending Sealed Criminal Complaint

in Case No. 2:17-cr-215-JAD-NJK (magistrate case 2:16-mj-828-VCF). The revocation of supervised release hearing is currently set for August 28, 2017 at 10:00 am. The initial appearance, change of plea and waiver of indictment on the sealed criminal complaint is currently set for August 1, 2017 at 9:00 am. The violation of supervised release petition and the sealed criminal complaint allege the same criminal conduct.

2. The parties have negotiated a global resolution in the revocation petition 2:12-cr-00076-LDG-CWH and in the pending sealed criminal complaint 2:17-cr-215-JAD-NJK (magistrate case 2:16-mj-828-VCF). Because the sealed criminal complaint and revocation of supervised release petition are inextricably linked they should be consolidated. Additionally, the interests of judicial economy and efficiency would be served by joining the matters.

3. The parties respectfully request that Mr. Reyes's supervised release hearing before Judge Lloyd D. George be vacated and reset before Judge Jennifer A. Dorsey.

DATED this 14th day of July, 2017.

RENE L. VALLADARES  
Federal Public Defender

By /s/ Monique Kirtley  
MONIQUE KIRTLEY  
Assistant Federal Public Defender

STEVEN W. MYHRE  
Acting United States Attorney

By /s/ Elham Roohani  
ELHAM ROOHANI  
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00076-LDG-CWH |
|---|---|
| Plaintiff, | Case No. 2:17-cr-215-JAD-NJK (magistrate case no. 2:16-mj-828-VCF) |
| v. | PROPOSED ORDER |
| MARCO ANTONIO REYES, | |
| Defendant. | |

## ORDER

IT IS ORDERED that the two cases 2:12-cr-00076-LDG-CWH and 2:17-cr-215-JAD-NJK (magistrate case no. 2:16-mj-828-VCF) be consolidated and combined before the honorable Judge Jennifer A. Dorsey.

IT IS FURTHER ORDERED that the Revocation Hearing currently scheduled for August 28, 2017, at the hour of 10:00 a.m. before Judge Lloyd D. George, be vacated and continued to August 1, 2017 at the hour of 9:00 a.m. before Judge Jennifer A. Dorsey.

DATED this 18th day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE

3